# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Katherine Frink-Hamlett, *Individually and as Administrator of the Estate of Timothy Akil Hamlett, (deceased),* PRO SE, *1033 Wilson Avenue, Teaneck, NJ 07666 Estate of Timothy Akil Hamlett,*<br>*Plaintiff*<br>v.<br>Doris B. Hammond, Counselor PhD, LPC, *920 Houndslake Drive, Aiken, South Carolina 29803*<br>*Defendant* | Civil Action No.   1:17-01409-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss.

Date:  September 13, 2017                                        *CLERK OF COURT*

                                                                 s/Angie Snipes
                                                                 _____
                                                                 *Signature of Clerk or Deputy Clerk*